UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FERMIN SALA GARZER,**

    Petitioner,

v.     Case No: 5:25-cv-311-WFJ-PRL

**WARDEN, FCC COLEMAN - LOW,**

    Respondent.

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order (Doc. 3) requiring Petitioner to file an amended petition on the Court's approved form by June 30, 2025. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

DONE and ORDERED in Tampa, Florida, of July 7, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Unrepresented Party