UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**FERMIN SALA GARZER,**

    **Petitioner,**

**v.**                                                             Case No: 5:25-cv-311-WFJ-PRL

**WARDEN, FCC COLEMAN - LOW,**

    **Respondent.**

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review. By Order dated July 7, 2025, the Court dismissed this case because Petitioner failed to file an amended petition by June 30, 2025, in compliance with a previous Court order. ("Dismissal Order," Doc. 4). Unbeknownst to the Court, Petitioner filed an amended petition on June 17, 2025,[1] but it was not docketed until July 8, 2025. Therefore, because the amended petition was timely filed, the Court will vacate the Dismissal Order and allow the case to proceed.

Accordingly, it is hereby **ORDERED** that the Court's Dismissal Order (Doc. 4) is **VACATED**. The Clerk is directed to reopen this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2025.

---

[1] Under the "mailbox rule," a prisoner's filing is deemed filed on the date it was signed and delivered to authorities for mailing. *See Adams v. United States*, 173 F.3d 1339 (11th Cir. 1999).

_/s/ William F. Jung_
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to:**
Unrepresented Party